IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAYNE JAY NORTON,
    Plaintiff,

vs.                                           Case No. 5:10cv157/RS/MD

MRS. JENKINS, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff filing a civil rights complaint (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2) on June 16, 2010.

On July 1, 2010, this court entered an order granting plaintiff's motion to proceed *in forma pauperis* and gave him twenty-eight (28) days to file an amended complaint (doc. 5). Plaintiff filed a first amended complaint (doc. 6), which was again found deficient, and on July 6, 2010 he was given an additional twenty-eight (28) days in which to file a second amended complaint (doc. 7). Over the next several months plaintiff filed various motions and numerous deficient documents but still failed to file a second amended complaint. Therefore, on December 8, 2010, plaintiff was given fourteen (14) days in which to show cause why this case should not be dismissed for failure to prosecute (doc. 16). To date, plaintiff has not responded to the order or explained his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 19th day of January, 2011.

                /s/ *Miles Davis*
                MILES DAVIS
                UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).